*DF*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

Dasheen Kemp, Marvin Alcide, Carlin Alcide, Ricot Alcide,
Eric Daniels, Carla Romero,

                                             Plaintiffs,

                     -against-

The City of New York, et al.,

                                             Defendants.
-------------------------------------------------------------------------- x

**STIPULATION AND
ORDER OF DISMISSAL**

17-CV-5667 (ARR) (JO)

       **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

      1.    The above-referenced action is hereby dismissed with prejudice.

**REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK**

Dated: New York, New York
       June 13, 2018

| | |
|---|---|
| THE LAW OFFICES OF MICHAEL S. LAMONSOFF PLLC<br>*Attorneys for Plaintiffs*<br>32 Old Slip, 8th Floor<br>New York, NY 10005<br>212-962-1020<br><br>By: _____<br>Jessica S. Massimi<br>*Attorney for Plaintiffs* | ZACHARY W. CARTER<br>Corporation Counsel of the<br>   City of New York<br>*Attorney for Defendants City of New York,*<br>   *Demaio, and Martinez*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: _____  On June 14, 2018<br>Nelson R. Leese<br>*Assistant Corporation Counsel* |

SO ORDERED:

_____
**S/Allyne R. Ross**
HON. ALLYNE R. ROSS
UNITED STATES DISTRICT JUDGE

Dated: 6/20, 2018